IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02512-BNB

ROY LEE DENNIS, II,

    Plaintiff,

v.

DENVER POLICE DEPARTMENT,

    Defendant.



FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 21 2008

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Plaintiff, Roy Lee Dennis, II, currently is incarcerated at the Denver County Jail. He submitted to the Court *pro se* a Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.

On February 7, 2008, Magistrate Judge Boyd N. Boland granted the motion pursuant to 28 U.S.C. § 1915 (2006), required Mr. Dennis to pay the full amount of the $350.00 filing fee in installments, and directed him to pay an initial partial filing fee of $11.00 within thirty days or to show cause why he has no assets and no means by which to pay the designated initial partial filing fee. The February 7 order warned Mr. Dennis that if he failed by the designated deadline to have the $11.00 initial partial filing fee sent to the clerk of the Court or to show cause why he has no assets and no means by which to pay the initial partial filing fee, the complaint would be dismissed without further notice.

Mr. Dennis has failed within the time allowed to pay the $11.00 initial partial filing fee, to show cause why he is unable to do so, or otherwise to communicate with the Court in any way. Accordingly, it is

ORDERED that the Prisoner Complaint and the action are dismissed without prejudice for Plaintiff's failure within the time allowed to pay the initial partial filing fee of $11.00 or to show cause why he has no assets and no means by which to pay the designated initial partial filing fee and for Plaintiff's failure to prosecute.

DATED at Denver, Colorado, this 20 day of March, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02512-BNB

Roy Lee Dennis, II
Prisoner No. 1566331
Denver County Jail
PO Box 1108
Denver, CO 80201

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 3/21/08

GREGORY C. LANGHAM, CLERK

By: _____
           Deputy Clerk